

# Fourth Court of Appeals
## San Antonio, Texas

May 8, 2014

No. 04-13-00471-CV

**MILLICAN DPC PARTNERS**, LP and Peach Creek Partners Ltd,
Appellants

v.

Frank Bobbitt **MCGREGOR** Trust, Doris McGregor, Trustee,
Appellees

From the 85th District Court, Brazos County, Texas
Trial Court No. 12-001688-CV-85
Honorable Jimmy Don Langley, Judge Presiding

## O R D E R

Sitting:       Sandee Bryan Marion, Justice
Rebeca C. Martinez, Justice
Luz Elena D. Chapa, Justice

The panel has considered the Appellee's Motion for Rehearing, and the motion is DENIED.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of May, 2014.

_____
Keith E. Hottle
Clerk of Court